192 F.3d 1329 (9th Cir. 1999)
 IRINA GORBACH; JOSE LUIS ROSAS-MADRID; AGUEDA ESCALANTE; RUBEN LARA; JAVIER SANGUINO; MAC MAURICE CHUKWUD IJEAKU; LORETO MONCADO JUAN; PEDRO LEGARDA-LEGARDA; ADOLPHO ERAZO, Plaintiffs-Appellees,
v.
JANET RENO, Attorney General of the United States; DORIS M. MEISSNER, Commissioner of Immigration and Naturalization Service; UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE, Defendants-Appellants.
 No. 98-35723
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Filed October 19, 1999
 
 Before: HUG, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, Gorbach v. Reno, 179 F.3d 1111 (9th Cir. 1999), is withdrawn.